221 So.2d 404

**Frank J. PIAZZOLA**

**v.**

**STATE of Alabama.**

**4 Div. 355.**

Supreme Court of Alabama.

April 3, 1969.

Geo. W. Dean, Destin, Fla., for petitioner.

MacDonald Gallion, Atty. Gen., and Richard F. Calhoun, Asst. Atty. Gen., opposed.

SIMPSON, Justice.

This case was submitted to this court on motion of the Attorney General to strike the petition for writ of certiorari. The motion to strike is grounded, inter alia, on the failure to serve the Attorney General with a copy of the brief. The motion is well taken. Bruner v. State, 265 Ala. 357, 91 So.2d 224.

Motion granted.

COLEMAN, HARWOOD, and BLOOD-WORTH, JJ., concur.